UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Pacifique Gahamanyi,                                            Civil No. 07-4007 (RHK/RLE)

             Petitioner,                                 **ORDER**

vs.

Scott Baniecke,

             Respondent.

---

       Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, an independent review of the files, records and proceedings in the above-entitled matter, and no objections having been filed by Petitioner, **IT IS ORDERED**:

       1.  The Report and Recommendation (Doc. No. 15) is **ADOPTED**; and

       2.  The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED WITHOUT PREJUDICE**.

Dated: November 24, 2008

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge